395 P.3d 1243

STATE of Hawai'i, Plaintiff-Appellee,

v.

Duane Kaapea KAAIALII,
Defendant-Appellant

NO. CAAP-16-0000417

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 19, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 15-1-1713)

SUMMARY DISPOSITION ORDER

Affirm.

395 P.3d 1243

MN, Petitioner-Appellee,

v.

AN, Respondent-Appellant

NO. CAAP-16-0000585

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 20, 2017.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-DA NO. 15-1-2511)

SUMMARY DISPOSITION ORDER

Affirmed.

395 P.3d 1243

STATE of Hawai'i, Plaintiff-Appellee,

v.

Stacey Ann Yoshie NAGATA,
Defendant-Appellant

NO. CAAP-16-0000548

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 20, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION, (CASE NO. 1DTI-16-003724)

SUMMARY DISPOSITION ORDER

Reversed.

395 P.3d 1243

GF, Appellant-Appellant,

v.

DEPARTMENT OF HUMAN SERVICES,
State of Hawai'i, Appellee-Appellee

NO. CAAP-14-0000890

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 20, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 14-1-0485-02)

SUMMARY DISPOSITION ORDER

Affirmed.

